UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELLA DENISE BLACK,

    Plaintiff,

v.                                                  Case No. 05-72199

U.S. EQUAL EMPLOYMENT            Honorable Patrick J. Duggan
OPPORTUNITY COMMISSION,
CARLTON M. HADDEN, DIRECTOR and
DEPARTMENT OF HOMELAND
SECURITY, MICHAEL CHERTOFF,
SECRETARY,

    Defendants.
_____/

## JUDGMENT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on February 28, 2006.

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                       U.S. DISTRICT COURT JUDGE

On June 8, 2005, Plaintiff filed a *pro se* Complaint against Defendants the U.S. Equal Employment Opportunity Commission, Carlton Hadden, Director of the Office of Federal Operations of the United States Equal Employment Opportunity Commission, the Department of Homeland Security, and Michael Chertoff, the Secretary of the Department of Homeland Security. On January 13, 2006, Defendants filed their Motion to Dismiss pursuant to Rules 12(b)(1) and (2) of the Federal Rules of Civil Procedure.

For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

                                              s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copies to:

Geneva S. Halliday, AUSA

Della Denise Black-Gates
Warren, MI 48089